NOT FOR PUBLICATION WITHOUT THE
 APPROVAL OF THE APPELLATE DIVISION
 This opinion shall not "constitute precedent or be binding upon any court."
 Although it is posted on the internet, this opinion is binding only on the
 parties in the case and its use in other cases is limited. R.1:36-3.

 SUPERIOR COURT OF NEW JERSEY
 APPELLATE DIVISION
 DOCKET NO. A-1674-15T2

DANIELLE CARROLL,

 Petitioner-Respondent,

v.

NEWARK BOARD OF EDUCATION,

 Respondent-Appellant.

_____________________________________________

 Submitted March 14, 2017 – Decided March 22, 2017

 Before Judges Espinosa and Guadagno.

 On appeal from the Division of Workers'
 Compensation, Claim Petition Nos. 2012-4364
 and 2012-4369.

 Biancamano & DiStefano, P.C., attorneys for
 appellant (Joseph V. Biancamano, on the
 briefs).

 Hobbie, Corrigan & Bertucio, P.C., attorneys
 for respondent (Michael R. Hobbie, on the
 brief).

PER CURIAM

 The court being advised by the parties in the above matter

that the issues in dispute have been amicably resolved, the appeal
is accordingly dismissed with prejudice and without costs to either

party.

 2 A-1674-15T2